DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**INVESTMENTS MANAGEMENT 1, LLC,**
Appellant,

v.

**MONICA ROBINSON,**
Appellee.

No. 4D2023-1341

[May 16, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott R. Kerner, Judge; L.T. Case No. 50-2020-CA-007794-XXXX-MB.

Patrick W. Lawlor of Lawlor & Associates, Boca Raton, for appellant.

Julie H. Littky-Rubin of Clark, Fountain, La Vista, Littky-Rubin & Whitman, LLP, Palm Beach Gardens, and David C. Prather of Smith, Ball, Baetz & Prather, Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***